IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHEN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADLEY AND LAURIE MOWCHAN, | § § § § | |
| *Plaintiffs,* | § | |
| V. | § § | CIVIL ACTION NO. 4:22-cv-00940 |
| LIBERTY INSURANCE CORPORATION, | § § § § | |
| *Defendant.* | § | |

## NOTICE OF SERVICE OF PLAINTIFFS' RESPONSE TO INITIAL DISCOVERY PROTOCOLS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs Bradley and Laurie Mowchan, and shows the court that on May 6, 2022, Plaintiffs emailed *Plaintiff's Responses to Initial Discovery Protocols* and bates-labeled production documents to Defendant in the above referenced matter.

Respectfully Submitted,

By: */s/ Jay Scott Simon*

Chad T. Wilson
Southern Bar No. 2246983
Bar No. 24079587
Jay Scott Simon
Southern Bar No. 31422
Bar No. 24008040
455 Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF FILING AND SERVICE

      I hereby certify that on May 6, 2022, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

THOMPSON, COE, COUSINS & IRONS, L.L.P.

J. Mark Kressenberg
mkressenberg@thompsoncoe.com
Christopher H. Avery
cavery@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

ATTORNEYS FOR DEFENDANT

                                                        */s/ Jay Scott Simon*